STEPHEN B. RUBEN (CSB#160034)
Certified Family Law Specialist
THE RUBEN LAW FIRM
625 Market Street, Penthouse
San Francisco, CA  94105
Telephone:  (415) 399-6830
Facsimile:  (415) 391-0140
sruben@rubenlawfirm.com

Attorneys for Petitioner
Thomas Guiseppe Miccio

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHEN CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11601 ET SEQ.

| | |
|---|---|
| In re the Matter of:<br><br>Thomas Guiseppe Miccio,<br><br>        Petitioner,<br>and<br><br>Tania Darlene Miccio,<br><br>        Respondent. | Case No. CV-10-3976 EMC<br><br>**STIPULATION AND ORDER TO CONTINUE ENE CONFERENCE** |

THE CONVENTION ON THE CIVIL ASPECTS
OF INTERNATIONAL CHILD ABDUCTION,
DONE AT THE HAGUE ON 25 OCT. 1980 [THE CONVENTION]
----------------
INTERNATIONAL CHILD ABDUCTION REMEDIES ACT
42 U.S.C. 11601 et seq.

THE RUBEN LAW FIRM
625 MARKET STREET
PENTHOUSE
SAN FRANCISCO, CA 94105
TELEPHONE: 415-399-6830
FAX: 415-391-0140

– 1 –

Case No.CV-10-3976-EMC                                    STIPULATION & ORDER RE CONTINUANCE OF ENE CONFERENCE

Thomas Miccio(Petitioner) by and through and his attorney, Stephen B. Ruben and Tania Miccio(Respondent) by and through her attorney, Brent Seymour so stipulate as follows:

The parties agree to an extension of the ENE conference originally scheduled for March 9, 2011 to March 23, 2011 at 10:00 a.m. Pacific Standard Time. The ENE Conference will be conducted by Harold John McElhinny at Morrison & Forrester and the Court orders the completion of the ENE/ADR process no later than ___3/31___, 2011.

DATED: March 7, 2011                    THE RUBEN LAW FIRM

                                        By: /s/ Stephen B. Ruben
                                        Stephen B. Ruben
                                        Attorney for Petitioner

DATED: March 8, 2011                    THORNE-SEYMOUR-MEHMET

                                        By: /s/ Brent Seymour
                                        Brent Seymour
                                        Attorney for Respondent

IT IS SO ORDERED:

DATED: ___3/9/11___

U.S. Magistrate Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen