1  THORN•SEYMOUR•MEHMET
   Suzie S. Thorn (SBN 29037)
2  Brent D. Seymour (SBN 148737)
   1242 Market Street, 5th Floor
3  San Francisco, CA  94102
   (415) 431-5772
4
   Attorneys for Respondent
5  Tania Darlene Miccio

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
             SITTING AS A TREATY TRIBUNAL UNDER
11       ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
         CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11601 ET SEQ.
12

13 THOMAS GUISEPPE MICCIO              Case No.  CV10-03976 EMC
                                       STIPULATION RE DISCOVERY CUTOFF
14      Petitioner,                    DATE AND PARTY DEPOSITIONS  ; ORDER
15      vs.
                                       TRIAL DATE: June 2-3, 2011
16 TANIA DARLENE MICCIO,
17      Respondent.
18

19
20            The Convention on the Civil Aspects
                of International Child Abduction,
21         done at the Hague on 25 Oct. 1980 [The Convention]
           ---------------
22         International Child Abduction Remedies Act
                    42 U.S.C. 11601 et seq.
23

24

25

26

-1-

WHEREAS,

1. Trial is continued to June 2-3, 2011; and

2. An Early Neutral Evaluation is set for March 23, 2011.

THE PARTIES STIPULATE.

1. Discovery cutoff is moved from March 25 to April 26, 2011.

2. If the parties do not settle this matter at the ENE,

   a. Respondent will take Petitioner's deposition on March 24, 2011 starting at 9:00 and continuing until 12:00 noon.

   b. Petitioner will take Respondent's deposition on March 24, 2011 starting at 1:00 p.m. and continuing until 4:00 p.m.

Dated: March 11, 2011

_____
Brent D. Seymour
Attorneys for Respondent, Tania Miccio

Dated: March 11, 2011

_____
Stephen B. Ruben
Attorneys for Petitioner, Thomas Miccio

IT IS SO ORDERED,

Dated: March 10, 2011

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA