STEPHEN B. RUBEN (CSB#160034)
Certified Family Law Specialist
THE RUBEN LAW FIRM
625 Market Street, Penthouse
San Francisco, CA 94105
Telephone: (415) 399-6830
Facsimile: (415) 391-0140
sruben@rubenlawfirm.com

Attorneys for Petitioner
Thomas Guiseppe Miccio

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHEN CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11601 ET SEQ.

| | |
|---|---|
| In re the Matter of:<br><br>Thomas Guiseppe Miccio,<br><br>　　　　Petitioner,<br>　　and<br><br>Tania Darlene Miccio,<br><br>　　　　Respondent. | Case No. CV-10-3976 EMC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF** |

THE CONVENTION ON THE CIVIL ASPECTS
OF INTERNATIONAL CHILD ABDUCTION,
DONE AT THE HAGUE ON 25 OCT. 1980 [THE CONVENTION]
---------------
INTERNATIONAL CHILD ABDUCTION REMEDIES ACT
42 U.S.C. 11601 et seq.

– 1 –

THE RUBEN LAW FIRM
625 MARKET STREET
PENTHOUSE
SAN FRANCISCO, CA 94105
TELEPHONE: 415-399-6830
FAX: 415-391-0140

Case No.CV-10-3976-EMC                                    STIPULATION & ORDER TO EXTEND DISCOVERY CUTOFF

WHEREAS, Thomas Miccio (Petitioner) by and through and his attorney, Stephen B. Ruben, and Tania Miccio (Respondent) by and through her attorney, Brent Seymour, wish to extend the discovery cutoff date, which is currently set for May 5, 2011, to May 10, 2011.

The reasons for the extension are as follows:

1. Petitioner's counsel is unavailable from April 4 through April 18.

2. Respondent's counsel is unavailable from April 8 through April 22.

3. On April 1, Petitioner amended his witness list to name additional witnesses in Denmark and one in Sacramento.

4. Petitioner subpoenaed Respondent's witnesses for depositions inadvertently set during Respondent's counsel's noticed period of unavailability.

5. Both parties wish to depose the other parties' named witnesses. Given counsels' unavailability, it will not be possible to do so before the discovery cut-off date.

6. The ENE conference is set for April 25. The party depositions are set for April 27. The witness depositions should occur after the ENE conference. If the parties were to settle, it would make the depositions unnecessary.

THEREFORE, THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS FOLLOWS:

1. The discovery cutoff date is extended to May 10, 2011.

2. The deposition subpoenas issued by Petitioner's counsel are withdrawn.

3. Each party shall make his or her witnesses available for deposition without the necessity of subpoena. Witnesses in Denmark shall be made available for deposition by telephone, with the oath administered by the court reporter in California. Counsel shall co-operate to set the dates and times of the depositions during the period from May 3 through May 10.

THE RUBEN LAW FIRM
625 MARKET STREET
PENTHOUSE
SAN FRANCISCO, CA 94105
TELEPHONE: 415-388-4830
FAX: 415-391-0140

Case No.CV-10-3976-EMC

– 2 –

STIPULATION & ORDER TO EXTEND DISCOVERY CUTOFF

| | | |
|---|---|---|
| 1 | DATED: April 4, 2011 | THE RUBEN LAW FIRM |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | Stephen B. Ruben |
| 5 | | Attorney for Petitioner |
| 6 | | |
| 7 | DATED: April 4, 2011 | THORN•SEYMOUR•MEHMET |
| 8 | | |
| 9 | | By: *[signature]* |
| 10 | | Brent Seymour |
| 11 | | Attorney for Respondent |
| 12 | IT IS SO ORDERED: | |
| 13 | | |
| 14 | DATED: 4/6/11 | |

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

IT IS SO ORDERED
*[signature]*
Judge Edward M. Chen

THE RUBEN LAW FIRM
425 MARKET STREET
PENTHOUSE
SAN FRANCISCO, CA 94105
TELEPHONE: 415-399-4828
FAX: 415-391-0140

Case No. CV-10-3976-EMC

– 3 –

STIPULATION & ORDER TO EXTEND DISCOVERY CUTOFF

# PROOF OF SERVICE
## (C.C.P. §1013a(3))

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 625 Market Street, Penthouse, San Francisco, California 94105.

On April 4, 2011, I served the following documents:

— **STIPULATION & ORDER TO EXTEND DISCOVERY CUTOFF**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

| NAME | EMAIL ADDRESS |
|---|---|
| Brent D. Seymour | Thorn-Seymour-Mehmet<br>1242 Market Street, Fifth Floor<br>San Francisco, CA 94102 |

[X]   BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]   BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the above address(es).

[ ]   BY FEDERAL EXPRESS: I caused a true copy thereof to be delivered via Federal Express to the person(s) at the address(es) set forth above.

[ ]   BY FACSIMILE: I caused transmittal of a true copy thereof, pursuant to C.R.C. Rule 2008, via facsimile transmission to the facsimile telephone number referenced at the address set forth above. The transmission was reported as complete and without error.

Executed on April 4, 2011, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Evelisse Ochoa*

THE RUBEN LAW FIRM
625 MARKET STREET
PENTHOUSE
SAN FRANCISCO, CA 94105
TELEPHONE: 415.399.6830
FACSIMILE: 415.391.0140

- 2 -

Case No. CV-10-3976                                                                                                        PROOF OF SERVICE