1 STEPHEN B. RUBEN (CSB#160034)
   THE RUBEN LAW FIRM
2  625 Market Street, Penthouse
   San Francisco, CA 94105
3  Telephone: (415) 399-6830
   Facsimile: (415) 391-0140
4
   Attorney for Petitioner
5  Thomas Guiseppe Miccio
6
7                    IN THE UNITED STATES DISTRICT COURT
8              FOR THE DISTRICT OF NORTHERN CALIFORNIA
9                    SITTING AS A TREATY TRIBUNAL UNDER
                ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
10         CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11601 ET SEQ.
11
12  In re the Matter of                    )
                                           ) Case No. CV-10-3976 EMC
13  Thomas Guiseppe Miccio,                )
                                           ) **STIPULATION AND ORDER TO**
14              Petitioner,                ) **CONTINUE FURTHER STATUS**
        and                                ) **CONFERENCE FROM SEPTEMBER 2,**
15                                         ) **2011 TO SEPTEMBER 9, 2011**
    Tania Darlene Miccio,                  )
16                                         )
                Respondent.                )
17                                         )
                                           )
18
19       Both parties agree to continue the Further Status Conference set for September 2, 2011 at
20  10:30am in Courtroom C to September 9, 2011 at ~~10:30am in Courtroom C.~~ 11:00 a.m. in Courtroom 5, 17th Fl.
21
22  Date: August 8, 2011                   _____
23                                         STEPHEN B. RUBEN
24  Date: August 8, 2011                   _____
25                                         BRENT D. SEYMOUR
26  IT IS SO ORDERED:
27  August 9, 2011                         _____
28                                         THE SUPERIOR COURT
                                                        DISTRICT

THE RUBEN LAW FIRM
625 MARKET STREET
PENTHOUSE
SAN FRANCISCO, CA 94105
TELEPHONE: 415-399-6830
FAX: 415-391-0140

Case No. CV-10-3976-EMC                    ORDER TO CONTINUE FURTHER STATUS CONFERENCE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA