STEPHEN B. RUBEN (CSB#160034)
THE RUBEN LAW FIRM
625 Market Street, Penthouse
San Francisco, CA 94105
Telephone: (415) 399-6830
Facsimile: (415) 391-0140

Attorney for Petitioner
Thomas Guiseppe Miccio

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11601 ET SEQ

| | |
|---|---|
| In re the Matter of<br><br>Thomas Guiseppe Miccio,<br><br>      Petitioner,<br>and<br><br>Tania Darlene Miccio,<br><br>      Respondent. | Case No. CV-10-3976 EMC<br><br>STIPULATION AND PROPOSED ORDER TO MOVE THE MARCH 30, 2012 TELEPHONIC CASE MANAGEMENT CONFERENCE TO MARCH 9, 2012 AT 10:30 A.M. |

COME NOW Petitioner Thomas Miccio and Respondent Tania Darlene Miccio and submit this Stipulation and Proposed Order:

1. BOTH PARTIES AGREE to move the March 30, 2012 Telephonic Case Management Conference to March 9, 2012 at 10:30 a.m.
2. Stephen B. Ruben, attorney for Petitioner, can be reached at 415-399-6830.
3. Brent D. Seymour, attorney for Respondent, can be reached at 415-431-5772.
4. An updated Joint Case Management Conference Statement will now be due on Friday, March 2, 2012.

THE RUBEN LAW FIRM
625 MARKET STREET
PENTHOUSE
SAN FRANCISCO, CA 94105
TELEPHONE: 415-399-6830
FAX: 415-391-0140

Case No. CV-10-3976 EMC      – 1 –      STIPULATION AND PROPOSED ORDER

5. The court will initiate the call to the attorneys at the phone numbers listed above

DATED: February 13, 2012

_____
STEPHEN B. RUBEN
Attorney for Thomas Miccio

DATED: February 3, 2012

_____
BRENT D. SEYMOUR
Attorney for Tania Miccio

IT IS SO ORDERED:

DATED: February 13, 2012

_____
JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

THE RUBEN LAW FIRM
625 MARKET STREET
PENTHOUSE
SAN FRANCISCO, CA 94105
TELEPHONE: 415-399-4133
FAX: 415-391-0106

Case No. CV-10-3975 EMC

– 2 –

STIPULATION AND PROPOSED ORDER