STEPHEN B. RUBEN (CSB#160034)
THE RUBEN LAW FIRM
625 Market Street, Penthouse
San Francisco, CA 94105
Telephone: (415) 399-6830
Facsimile: (415) 391-0140

Attorney for Petitioner
Thomas Guiseppe Miccio

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11601 ET SEQ

| | |
|---|---|
| In re the Matter of<br><br>Thomas Guiseppe Miccio,<br><br>    Petitioner,<br>and<br><br>Tania Darlene Miccio,<br><br>    Respondent. | Case No. CV-10-3976 EMC<br><br>**STIPULATION AND PROPOSED ORDER TO MOVE THE MARCH 30, 2012 TELEPHONIC CASE MANAGEMENT CONFERENCE TO MARCH 9, 2012 AT 10:30 A.M.** |

COME NOW Petitioner Thomas Miccio and Respondent Tania Darlene Miccio and submit this Stipulation and Proposed Order:

1. BOTH PARTIES AGREE to move the March 30, 2012 Telephonic Case Management Conference to March 9, 2012 at 10:30 a.m.
2. Stephen B. Ruben, attorney for Petitioner, can be reached at 415-399-6830.
3. Brent D. Seymour, attorney for Respondent, can be reached at 415-431-5772.
4. An updated Joint Case Management Conference Statement will now be due on Friday, March 2, 2012.

5. The court will initiate the call to the attorneys at the phone numbers listed above

DATED: February 13, 2012

_____
STEPHEN B. RUBEN
Attorney for Thomas Miccio

DATED: February 13, 2012

_____
BRENT D. SEYMOUR
Attorney for Tania Miccio

IT IS SO ORDERED:

DATED: February 13, 2012

_____
JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE RUBEN LAW FIRM
625 MARKET STREET
PENTHOUSE
SAN FRANCISCO, CA 94105
TELEPHONE: 415-399-4630
FAX: 415-391-0140

Case No. CV-10-3975 EMC

STIPULATION AND PROPOSED ORDER