United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re the Matter of:

Thomas Guiseppe Miccio,

    Petitioner,

  v.

Tania Darlene Miccio,

    Respondent.

_____/

Case No. CV10-03976 EMC

**ORDER VACATING ORDER OF DISMISSAL WITHOUT PREJUDICE (Docket #61) AND SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE**

    IT IS SO ORDERED that the Order of Dismissal without Prejudice (Docket #61) is hereby vacated. A telephonic case management conference is set for March 9, 2012 at 11:00 a.m. Counsel for Respondent shall initiate the conference call and call the Court last at (415) 522-2117.

Dated: March 6, 2012

_____
EDWARD M. CHEN
United States District Judge